**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CAMELBAK PRODUCTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>Defendants. | Case No. 26-cv-7507<br><br>Judge Sharon Johnson Coleman |

**ORDER**

THIS CAUSE coming before the Court on Plaintiff CAMELBAK PRODUCTS, LLC's ("Plaintiff") *Ex Parte* Motion for Expedited Discovery (the "Motion") against the fully interactive, e-commerce stores operating under the seller aliases identified in Schedule A to the Complaint and attached hereto (collectively, the "Defendants") and using at least the online marketplace accounts identified in Schedule A (the "Online Marketplaces"), and this Court having considered the Motion and the accompanying record, GRANTS Plaintiff's Motion as follows.

This Court finds that, in the absence of adversarial presentation, it has personal jurisdiction over Defendants since each Defendant directly targets its business activities toward consumers in the United States, including Illinois. Specifically, Plaintiff has provided a basis to conclude that Defendants have targeted sales to Illinois residents by setting up and operating one or more e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars and/or funds from U.S. bank accounts, and have sold products using infringing and counterfeit versions of Plaintiff's

federally registered trademarks (the "CAMELBAK Trademarks") to residents of Illinois. Accordingly, this Court orders that:

1. Plaintiff is authorized to issue expedited written discovery to Defendants, pursuant to Federal Rules of Civil Procedure 33, 34, and 36, related to:

   a. the identity and locations of Defendants, their affiliates, officers, agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information, including any and all associated e-mail addresses; and

   b. the nature of Defendants' operation and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with their Online Marketplaces and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their Online Marketplaces.

2. Plaintiff is authorized to issue any such expedited discovery requests via e-mail. Defendants shall respond to any such discovery requests within seven (7) calendar days of being served via e-mail.

3. Upon Plaintiff's request, via electronic means or otherwise, any third party with actual notice of this Order who is providing services for the Defendants, or in connection with the Online Marketplaces, including, without limitation, any online marketplace platforms such as Alibaba, Alipay, Payoneer, PayPal and Walmart (collectively, the "Third Party Providers") shall, within seven (7) calendar days after receipt of such notice, provide to Plaintiff expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to disclose:

a. the identity and locations of Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information and all associated e-mail addresses;

b. the nature of Defendants' operation and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their Online Marketplaces; and

c. any financial accounts owned or controlled by Defendants, including their affiliates, officers, agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, Alibaba, Alipay, Payoneer, PayPal, Walmart or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

Date: 9/8/2026

ENTERED:

[signature]

Sharon Johnson Coleman
United States District Judge

**Schedule A**

| No. | Defendant Name / Alias |
|---|---|
| 14 | Quanzhou Hengyao Luggage Co., Ltd. |
| 16 | Quanzhou Newstyle Bags Co., Ltd. |
| 19 | Shenzhen Treasure Bag Technology Co., Ltd. |
| 20 | Shenzhen Xintaixin Handbag Products Co., Ltd. |
| 21 | Shijiazhuang Xing An Import And Export Co., Ltd. |
| 27 | Klamerit |